UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) MAGISTRATE NO. 05-121 (D.D.C) |
| | ) |
| SHIRLENE WILLIAMS, | ) **UNDER SEAL** |
| | ) |
| Defendant. | ) |
| | ) |

## GOVERNMENT'S MOTION FOR UNSEALING

The United States of America, by and through the undersigned counsel, respectfully moves the Court for an order to unseal the Complaint and docket as to Defendant Shirlene Williams in the above-captioned case.

The United States has confirmed through public records that the Defendant died on June 22, 2006. Accordingly, the grounds for sealing the Complaint and docket in this matter are no longer applicable, and the government moves pursuant to Fed. R. Crim. P. 49.1(d) to unseal the Complaint and docket.

**WHEREFORE**, the United States respectfully requests that this Court grant the government's request to unseal the Complaint and docket as to Defendant Shirlene Williams.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By: _/s/ Kaitlin J. Sahni_
KAITLIN J. SAHNI
Acting Deputy Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice
Washington, DC 20530
Phone: (202) 805-5974
Email: Kaitlin.Sahni@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of March 2024, I filed the foregoing Motion with the Clerk of the Court. The Defendant is believed to be deceased and counsel had not been retained or been appointed for service of process purposes.

                                                   */s/ Kaitlin J. Sahni*
                                                   Kaitlin J. Sahni
                                                   Acting Deputy Chief
                                                   Narcotic and Dangerous Drug Section
                                                   Criminal Division
                                                   Department of Justice