UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) MAGISTRATE NO. 05-121 (D.D.C) |
| | ) |
| SHIRLENE WILLIAMS, | ) **UNDER SEAL** |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION TO QUASH ARREST WARRANT**

The United States of America, by and through the undersigned counsel, respectfully moves the Court for an order to quash the arrest warrant for Defendant Shirlene Williams (hereinafter "Defendant").

On March 9, 2005, the Government filed a Criminal Complaint in this matter charging the Defendant with violations of 21 U.S.C. §§ 959 and 963, and 18 U.S.C. § 2.  On May 24, 2005, a federal grand jury in Washington, D.C., returned a five-count Superseding Indictment.  Case No. 04-cr-562, ECF No. 32.  Upon the Government's motion, the Court dismissed the Superseding Indictment without prejudice as to the Defendant and quashed the corresponding arrest warrant.  Case No. 04-cr-562, ECF Nos. 55 & 56.  However, the warrant in the above-captioned matter remains active.

The United States has confirmed through public records that the Defendant died on June 22, 2006.  Prior to her death, the Defendant had quit her job and fled her known location after previously cooperating with law enforcement regarding the activity charged in the Complaint and Superseding Indictment.  The Defendant's location and status remained unknown until the Government confirmed her death.

Therefore, the United States respectfully asks this Court to grant the motion and

quash the arrest warrant against the Defendant in the above-captioned matter.

Respectfully submitted this 8th day of March 2024.

                                             Respectfully submitted,

                                             MARLON COBAR, Chief
                                             Narcotic and Dangerous Drug Section
                                             U.S. Department of Justice

By:      */s/ Kaitlin J. Sahni*
           KAITLIN J. SAHNI
           Acting Deputy Chief
           Narcotic and Dangerous Drug Section
           U.S. Department of Justice
           145 N Street, NE
           Washington, DC 20530
           Phone: (202) 805-5974
           Email: Kaitlin.Sahni@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of March 2024, I filed the foregoing Motion with the Clerk of the Court. The Defendant is believed to be deceased and counsel had not been retained or been appointed for service of process purposes.

                                                  /s/ *Kaitlin J. Sahni*
                                            Kaitlin J. Sahni
                                            Acting Deputy Chief
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division
                                            Department of Justice